FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

FEB 1 1 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES GADSON, JR. | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| CHATHAM COUNTY SHERIFF | : | CIVIL ACTION NO. |
| DEPARTMENT, | : | 1:09-CV-0231-TWT |
| Defendant. | : | |

## ORDER and OPINION

Plaintiff, Charles Gadson, currently confined in the Chatham County Jail in Savannah, Georgia, has submitted a civil rights complaint regarding his ongoing criminal proceedings in Chatham County. (Doc. No. 1.)

A federal-law action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which the claims arose. 28 U.S.C. § 1391(b); New Alliance Party of Ala. v. Hand, 933 F.2d 1568, 1570 (11th Cir. 1991) (applying § 1391(b)'s venue provisions to a § 1983 action). When venue is improper, the court may, in the interest of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a).

Chatham County is located within the Southern District of Georgia. Accordingly, venue is improper in this district, and this Court finds it to be in the

interest of justice to transfer this action to the United States District Court for the Southern District of Georgia.

**IT IS ORDERED** that this action is hereby **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**, along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings.

**IT IS SO ORDERED**, this _11_ day of _February_, 2009.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)